UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MS NATACHA NOBILE

_Write the full name of each plaintiff._

____CV____
(Include case number if one has been assigned)

-against-

Donald ~~trump~~ Trump [illegible]

**COMPLAINT**

Do you want a jury trial?
☒ Yes   ☐ No

_Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II._

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ Federal Question

☐ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated? Donald Trump is guilty of uncivilized death threats, war crime propagations and spat agreements about a war ~~crisis trump~~ that paris hilton did and lost 10/13/2022 + 12/29/2022 and many war mongering years

[Handwritten margin notes: "hispian RACIST ABUSES Defamation Torts Libel/slander Personal crime injury (death threats)"]

[Left margin: "Death Threats about a war paris hilton lost 10/13/2022 AND business fraud up Delta Scott Kirby @ United Airways (Too cheap to pay commissions)"]

### B. If you checked Diversity of Citizenship

1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, MS NM JACKA NOBLE (Plaintiff's name), is a citizen of the State of

_____

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, __Donald Trump AnD Administration__, is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If the defendant is a corporation:

The defendant, __Donald Trump__, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

__Mes Natacha__          __Nobile__
First Name    Middle Initial    Last Name

__151-30 20th Avenue__
Street Address

__Queens Whiteston NY    11357__
County, City            State        Zip Code

__347-287-5112__    __Natachanobile1@gmail.com__
Telephone Number    Email Address (if available)

Page 3

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

First Name: Donald    Last Name: Trump    [handwritten notation]

Current Job Title (or other identifying information): Realtor Ex President

Current Work Address (or other address where defendant may be served):

County, City: Manhattan NYC    State: NY    Zip Code: 11101

Defendant 2:

First Name: _____    Last Name: _____

Current Job Title (or other identifying information): _____

Current Work Address (or other address where defendant may be served): _____

County, City: _____    State: _____    Zip Code: _____

Defendant 3:

First Name: _____    Last Name: _____

Current Job Title (or other identifying information): _____

Current Work Address (or other address where defendant may be served): _____

County, City: _____    State: _____    Zip Code: _____

Defendant 4:

First Name _____ Last Name _____

Current Job Title (or other identifying information) _____

Current Work Address (or other address where defendant may be served) _____

County, City _____ State _____ Zip Code _____

### III. STATEMENT OF CLAIM

Place(s) of occurrence: ~~[crossed out]~~ NYC

Date(s) of occurrence: Past 4 years

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

I AM suing Donald Trump for death threats about prostitute paris Hilton that he caught HIV and from paris Hilton and plotted and schemed Death threats with her for the past years since 2009 Now its 2023 She is a mentally ill criminal that Has HIV and has Psycho Disorder and AIDS HIV, Very Contagious for the past 10 years she plotted with Donald Trump HE IS Ts with other celebs about ways to Defamation, Libel & slander user   Torts

HEISTS w/ Joe Biden, and Bribed w/ Hotels and Free Food, Plus HEISTED w/ the Carter Review, Plus Kathy which Hilton pedophilia, Plus she got him to be so racist, and Harmed with Defamation Cursings and Socially did not want to pay Commissions, about a new crypto venture they lured clients away to Scott Kirby United airways, Business Fraud, They Both were doing Mafia and HEISTS w/

**INJURIES:** Joe Biden Administration, Bribery, Prostitution, Death threats online, plus Mafia

*If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.*

They Both did online cyber curses, hits, defamation, discrimination, did not answer, codes of silence, not to answer, scapegoating

I am suing for Pain & Suffering, I did not get as much Highly Paid work on my en societe and they Both tried to steal my clients I spoke to about insta business to get Business for Me as an Aero Mogul

**IV. RELIEF**

*State briefly what money damages or other relief you want the court to order.*

10 BILLION and Dollars AND Double for the Trouble and more

Kissing other Collos, abused power to communicate to do Business I was working / used "Bitch" often

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 8/7/2023

Plaintiff's Signature: Ms Natacha Nobile

First Name: Natacha
Middle Initial:
Last Name: Nobile

Street Address: 151-30 20TH AVENUE

County, City: QUEENS WHITESTONE
State: NY
Zip Code: 11357

Telephone Number: 347-287-5112

Email Address (if available):

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.